**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**ROBIN REID** **PLAINTIFF**

**v.** **Case No. 4:26-cv-00642-LPR**

**JOE BRADLEY** **DEFENDANT**

# JUDGMENT

Pursuant to the Order entered today, it is CONSIDERED, ORDERED, and ADJUDGED that all claims are dismissed without prejudice.

IT IS SO ADJUDGED this 12th day of August 2026.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE